Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____
Southern District of Texas

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | FYE Sports Cards LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

FYE Roofing & Construction
FYE Marketing
FYE Companies
FYE Real Estate Ventures

**3. Debtor's federal Employer Identification Number (EIN)**

8  6  –  3  2  4  8  3  5  1

**4. Debtor's address**

**Principal place of business**

5509 Colleyville Blvd.
Number     Street

Colleyville, TX 76034
City                                     State     ZIP Code

Tarrant
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
City                        State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                        State     ZIP Code

**5. Debtor's website (URL)**

_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      FYE Sports Cards LLC
_____          Case number *(if known)* _____
            Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                    MM / DD / YYYY

          District _____  When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

          District _____  When _____
                                                      MM / DD / YYYY

          Case number, if known _____

Debtor      FYE Sports Cards LLC
_____          Case number *(if known)* _____
            Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                                    Number          Street<br>_____<br>_____<br>City                                  State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

<br>

████ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                           ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                    ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000          ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    FYE Sports Cards LLC       Case number *(if known)* _____
     Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/10/2024
            MM/ DD/ YYYY

**X** /s/ David Michael Fye            David Michael Fye
    Signature of authorized representative of debtor        Printed name

Title        Managing Member

**18. Signature of attorney**

**X** /s/ Susan Tran Adams       Date   04/10/2024
    Signature of attorney for debtor                MM/ DD/ YYYY

Susan Tran Adams
Printed name

TRAN SINGH, LLP
Firm name

2502 La Branch St.
Number     Street

Houston             TX      77004
City                   State     ZIP Code

                      stran@ts-llp.com
Contact phone               Email address

24075648                     TX
Bar number               State

**Fill in this information to identify the case:**

Debtor Name  **FYE Sports Cards LLC**

United States Bankruptcy Court for the:  **Southern**  District of  **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Prosperity Bank | Checking account | __ __ __ __ | $2,877.73 |
| 3.2. Prosperity Bank | Checking account | __ __ __ __ | $11.11 |

4. **Other cash equivalents** *(Identify all)*

   4.1  _____  _____

   4.2  _____  _____

5. **Total of Part 1**  

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$2,888.84**

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1  _____  _____

Debtor      **FYE Sports Cards LLC**                                    Case number *(if known)* _____
            Name

---

7.2 _____                                    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1 _____                               _____

      8.2 _____                               _____

9.    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.                                  [_____]

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                                         **Current value of
                                                                                         debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:  _____ - _____ =.....➜           _____
                                 face amount          doubtful or uncollectible accounts

      11b. Over 90 days old:     _____ - _____ =.....➜           _____
                                 face amount          doubtful or uncollectible accounts

12.   **Total of Part 3**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.             [_____]

| Part 4: | Investments |
|---|---|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                              **Valuation method used      **Current value of
                                                              for current value**          debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1 _____        _____        _____

      14.2 _____        _____        _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                    % of
                                                         ownership:

      15.1 _____   _____   _____   _____

      15.2 _____   _____   _____   _____

---

Debtor    **FYE Sports Cards LLC**                                 Case number *(if known)* _____

Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** **Merchandise (Rings, Stickers, Tickets, Trading Cards, etc.) See Attached*** | **04/02/2024** MM / DD / YYYY | **unknown** | | **$32,423.00** |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                    [**$32,423.00**]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

Debtor    **FYE Sports Cards LLC**                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

**28. Crops—either planted or harvested**

_____

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____

**30. Farm machinery and equipment** (Other than titled motor vehicles)

_____

**31. Farm and fishing supplies, chemicals, and feed**

_____

**32. Other farming and fishing-related property not already listed in Part 6**

_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

_____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor     **FYE Sports Cards LLC**                         Case number *(if known)* _____

Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Desks/ Tables | unknown | | $3,200.00 |
| | Showcases | unknown | | $3,750.00 |
| | Shelving | unknown | | $2,500.00 |
| | Chairs | unknown | | $2,000.00 |
| | Conference Tables | unknown | | $1,500.00 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers | unknown | | $3,000.00 |
| | Monitors | unknown | | $500.00 |
| | Printers/ Scanners | unknown | | $1,100.00 |
| | Register | unknown | | $2,000.00 |
| | TV's | unknown | | $2,000.00 |
| | Misc. Decorations | unknown | | $500.00 |
| | Misc. Office Supplies | unknown | | $1,200.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $23,250.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

<div style="background:black;color:white;">Part 8:</div> Machinery, equipment, and vehicles

Debtor      **FYE Sports Cards LLC**                                    Case number *(if known)* _____
            _____
            Name

---

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$\boxed{\text{_____}}$

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor     **FYE Sports Cards LLC**                                          Case number *(if known)* _____

       Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      ☐ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** _____ | _____ | _____ | _____ |
| 62.  **Licenses, franchises, and royalties** _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** _____ | _____ | _____ | _____ |
| 64.  **Other intangibles, or intellectual property** _____ | _____ | _____ | _____ |

Debtor     **FYE Sports Cards LLC**                                Case number *(if known)* _____

           Name

---

**65.**   **Goodwill**

_____   _____   _____   _____

**66.**   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

┌──────────────┐
│              │
└──────────────┘

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**     All other assets

---

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

                                                       **Current value of debtor's interest**

**71.**   **Notes receivable**

Description (include name of obligor)

_____   _____ – _____   =➡   _____
                         Total face amount    doubtful or uncollectible amount

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.**   **Interests in insurance policies or annuities**

_____   _____

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

     Nature of claim      _____

     Amount requested    _____

---

Debtor   **FYE Sports Cards LLC**                                 Case number *(if known)* _____
         Name

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |

_____          _____

**Nature of claim**          _____

**Amount requested**          _____

76.   **Trusts, equitable or future interests in property**

_____          _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____          _____

78.   **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.          [_____]

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,888.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $32,423.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $23,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........91a. | $58,561.84 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................. | | $58,561.84 |

Fill in this information to identify the case:

Debtor name     FYE Sports Cards LLC

United States Bankruptcy Court for the:     Southern     District of     Texas

                                                              (State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**

Capital One

**Creditor's mailing address**

Attn: Bankruptcy

PO Box 30285

Salt Lake City, UT 84130-0285

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**See continuation page.**

**Describe debtor's property that is subject to a lien**

Merchandise (Rings, Stickers, Tickets, Trading Cards, etc.) See Attached***, Prosperity Bank, Prosperity Bank, Chairs, Computers, Conference Tables, Desks/ Tables , Misc. Decorations, Misc. Office Supplies , Monitors, Printers/ Scanners, Register, Shelving, Showcases, TV's

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $205,000.00 | $58,561.84 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $242,190.00 |

Debtor   FYE Sports Cards LLC
_____   Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Simply Funding

**Creditor's mailing address**

45 Broad St, #2450

New York, NY 10004

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Merchandise (Rings, Stickers, Tickets, Trading Cards, etc.) See Attached***, Prosperity Bank, Prosperity Bank, Chairs, Computers, Conference Tables, Desks/ Tables , Misc. Decorations, Misc. Office Supplies , Monitors, Printers/ Scanners, Register, Shelving, Showcases, TV's

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $37,190.00

Column B: $58,561.84

Debtor   FYE Sports Cards LLC
_____

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**2.1 Creditor's name**

Capital One
_____

**Specify each creditor, including this creditor, and its relative priority.**

For Merchandise (Rings, Stickers, Tickets, Trading Cards, etc.) See Attached***: **1) Capital One**; 2) Simply Funding; For Prosperity Bank: **1) Capital One**; 2) Simply Funding; For Prosperity Bank: **1) Capital One**; 2) Simply Funding; For Chairs: **1) Capital One**; 2) Simply Funding; For Computers: **1) Capital One**; 2) Simply Funding; For Conference Tables: **1) Capital One**; 2) Simply Funding; For Desks/ Tables : **1) Capital One**; 2) Simply Funding; For Misc. Decorations: **1) Capital One**; 2) Simply Funding; For Misc. Office Supplies : **1) Capital One**; 2) Simply Funding; For Monitors: **1) Capital One**; 2) Simply Funding; For Printers/ Scanners: **1) Capital One**; 2) Simply Funding; For Register: **1) Capital One**; 2) Simply Funding; For Shelving: **1) Capital One**; 2) Simply Funding; For Showcases: **1) Capital One**; 2) Simply Funding; For TV's: **1) Capital One**; 2) Simply Funding

Debtor ___FYE Sports Cards LLC_____     Case number (if known) _____
             Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| Corporation Service Company<br>P.O. Box 2576<br>Springfield, IL 62708 | Line 2. _1_ | ___ ___ ___ ___ |
| First Corporate Solutions<br>914 S St<br>Sacramento, CA 95811-7025 | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name _____ FYE Sports Cards LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** 

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts

c/o Office of the Attorney General

PO Box 12548

Austin, TX 78711

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **$4,000.00**     Priority amount: **$4,000.00**

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   **FYE Sports Cards LLC**

Name

Case number *(if known)*

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Apple, Inc.**

**One Apple Park Way**

**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,500.00**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Avant**

**Attn: Bankruptcy**

**PO Box 9183380**

**Chicago, IL 60691-3380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$447.76**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Capital One**

**Attn: Bankruptcy**

**PO Box 30285**

**Salt Lake City, UT 84130-0285**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$754.89**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Comenity Bank/Wayfair**

**Attn: Bankruptcy Dept**

**PO Box 182125**

**Columbus, OH 43218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **FYE Sports Cards LLC**
Name

Case number *(if known)* _____

## Part 2:   Additional Page

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$793.87**
| Credit One Bank | *Check all that apply.* |
| | ☐ Contingent |
| Attn: Bankruptcy Department | ☐ Unliquidated |
| | ☐ Disputed |
| PO Box 98873 | |
| Las Vegas, NV 89193-8873 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number ___ ___ ___ ___ |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,988.00**
| Discover | *Check all that apply.* |
| | ☐ Contingent |
| Po box 29013 | ☐ Unliquidated |
| | ☐ Disputed |
| Phoenix, AZ 85038 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,714.50**
| First National Bank of Omaha | *Check all that apply.* |
| | ☐ Contingent |
| P.O. Box 3128 | ☐ Unliquidated |
| | ☐ Disputed |
| Omaha, NE 68103 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,000.00**
| Nebraska Furniture Mart | *Check all that apply.* |
| | ☐ Contingent |
| 5600 Nebraska Furniture Mart Dr. | ☐ Unliquidated |
| | ☐ Disputed |
| The Colony, TX 75056 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

| Debtor | **FYE Sports Cards LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,999.95**

Nonpriority creditor's name and mailing address

**Target**

**c/o Financial & Retail Services**

**Mailstop BT PO Box 9475**

**Minneapolis, MN 55440**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,999.95**

---

**3.12** Nonpriority creditor's name and mailing address

**U.S. Small Business Administration**

**P.O. Box 3918**

**Portland, OR 97208-3918**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,500,000.00**

---

**3.13** Nonpriority creditor's name and mailing address

**Uline**

**P.O.Box 88741**

**Chicago, IL 60680**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000.00**

---

Debtor      **FYE Sports Cards LLC**
Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | $4,000.00 |
| 5b.   **Total claims from Part 2** | 5b.   **+** | $1,537,198.97 |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,541,198.97 |

Fill in this information to identify the case:

Debtor name _____ FYE Sports Cards LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Bookkeeper Agreement | D-UP Consulting, LLC |
| | | Contract to be ASSUMED | 862 County Rd 3800 |
| | State the term remaining | 0 months | Athens, TX 75752 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | SVAP III TC Colleyville, LLC |
| | | Contract to be REJECTED | 302 Datura St Ste 100 |
| | State the term remaining | 47 months | West Palm Bch, FL 33401-5481 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name **FYE Sports Cards LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | David Michael Fye | 2321 Brookcrest Ln _____ <br> Street <br><br> Grapevine, TX 76051-4677 _____ <br> City          State          ZIP Code | Capital One <br><br><br> U.S. Small Business Administration | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 1 of __2__

Debtor   **FYE Sports Cards LLC**
Name

Case number (if known)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name      FYE Sports Cards LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):          Chapter   11

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |
| --- | --- |

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real Property:**

         Copy line 88 from *Schedule A/B*....................................................................    $0.00

     1b. **Total personal property:**

         Copy line 91A from *Schedule A/B*................................................................    $58,561.84

     1c. **Total of all property:**

         Copy line 92 from *Schedule A/B*..................................................................    $58,561.84

| **Part 2:** | Summary of Liabilities |
| --- | --- |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $242,190.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $4,000.00

     3b. **Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+**   $1,537,198.97

**4. Total liabilities**....................................................................................................................    $1,783,388.97

     Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>FYE Sports Cards LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | 260,411.90 (approx.)<br>$0.00 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $2,294,570.88 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $1,185,323.70 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |

| Debtor | FYE Sports Cards LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Simply Funding<br>Creditor's name<br>45 Broad St, #2450<br>Street<br><br>New York, NY 10004<br>City　　　　State　　ZIP Code | 03/2024<br><br>02/2024<br><br>01/2024 | $31,570.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Delta Bridge Funding<br>Creditor's name<br>19505 Biscayne Blvd<br>Street<br><br>Miami, FL 33180-2698<br>City　　　　State　　ZIP Code | 02/02/2024<br><br>01/2024 | $7,595.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. LG Funding LLC<br>Creditor's name<br>1218 Union St Suite 2<br>Street<br><br>Brooklyn, NY 11225<br>City　　　　State　　ZIP Code | 02/2024<br><br>01/2024 | $16,782.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. Square Financial Services, Inc.<br>Creditor's name<br>3165 E Millrock Dr Suite 160<br>Street<br><br>Salt Lake City, UT 84121<br>City　　　　State　　ZIP Code | 01/2024 | $14,227.45 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   FYE Sports Cards LLC

Name                                                                Case number *(if known)* _____

**4.1.**

_____
Creditor's name

_____
Street

_____

_____
City                State    ZIP Code

| Relationship to debtor |
|---|

_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor   FYE Sports Cards LLC

Name

Case number *(if known)*

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City                State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State   ZIP Code | | |
| | | **Date of order or assignment** | City          State   ZIP Code |

| **Part 4:** | Certain Gifts and Charitable Contributions |
|----|----|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Youth Sports Teams | Charitable Contribution | 09/2022 | $2,319.79 |
| | Recipient's name | Charitable Contribution | 12/2022 | |
| | Street | Charitable Contribution | 01/2023 | |
| | | Charitable Contribution | 02/2023 | |
| | City          State   ZIP Code | Charitable Contribution | 11/2023 | |
| | **Recipient's relationship to debtor** | | | |

| **Part 5:** | Certain Losses |
|----|----|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    FYE Sports Cards LLC
          _____          Case number *(if known)* _____
          Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____    _____    _____    _____

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| TRAN SINGH LLP | Attorney's Fee, Due Diligence, Filing Fee | 12/22/2023 | $47,000.00 |

**Address**

2502 La Branch St.
Street

Houston, TX 77004
City                    State      ZIP Code

**Email or website address**


**Who made the payment, if not debtor?**

Limelight Trading Cards, LLC


**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee** | | | |
| _____ | | | |

Debtor   FYE Sports Cards LLC

Name

Case number *(if known)*

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |
| **Address** | | | |
| Street | | | |
| City                State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 2321 Brookcrest Ln | From  04/2021   To  05/2022 |
| Street | |
| Grapevine, TX 76051-4677 | |
| City                State    ZIP Code | |

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor    FYE Sports Cards LLC

Case number *(if known)*
_____

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____

Facility name _____

| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City _____ State ___ ZIP Code

_____

*Check all that apply:*

☐ Electronically

☐ Paper

---

**Part 9:**  Personally Identifiable Information

**16.** Does the debtor collect and retain personally identifiable information of customers?

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name | XXXX– _ _ _ _ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | _____ | _____ |

Street _____

City _____ State ___ ZIP Code

Debtor   FYE Sports Cards LLC                                                          Case number *(if known)*
_____
        Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|------------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|------------------------------|------------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|--------------------------|------------------------------|-------|
| Consignment Inventory | | ~~Consignment Inventory (See attached)~~ | $151,462.00 |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

---

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor   FYE Sports Cards LLC
_____   Case number *(if known)* _____
Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| _____ |                                  | _____        | ☐ Pending |
| **Case number** | Name _____              | _____        | ☐ On appeal |
| _____ | Street _____               | _____        | ☐ Concluded |
|            |                                  | _____        | |
|            | City          State   ZIP Code   | _____        | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name _____      | Name _____                    | _____                  | _____ |
| Street _____    | Street _____                  | _____                  | |
|                       |                                     | _____                  | |
| City     State   ZIP Code | City          State   ZIP Code  | _____                  | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name _____      | Name _____                    | _____                  | _____ |
| Street _____    | Street _____                  | _____                  | |
|                       |                                     | _____                  | |
| City     State   ZIP Code | City          State   ZIP Code  | _____                  | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page 9

Debtor      FYE Sports Cards LLC                                    Case number *(if known)*
            Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Debbie Debrick<br>Name<br>862 CR 3800<br>Street<br><br>Athens, TX 75752<br>City          State    ZIP Code | From 12/2023   To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | From _____   To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   FYE Sports Cards LLC
         Name                                                                    Case number *(if known)*

| Name and address |
|---|

26d.1.

Name
_____

Street
_____

_____
City                        State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| David Fye | 12/31/2023 | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name
5509 Colleyville Blvd Ste 260
Street

Colleyville, TX 76034-5897
City                        State              ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| David Fye | 02/17/2024 | $74,890.50 |

| Name and address of the person who has possession of inventory records |
|---|

27.2. David Michael Fye
Name
2321 Brookcrest Ln
Street

Grapevine, TX 76051-4677
City                        State              ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joanna Lynn Fye | 2321 Brookcrest Ln. Grapevine, TX 76051 | Member, Equity Interest Holder | 50.00% |
| David fye | 2321 Brookcrest Ln. Grapevine, TX 76051 | Member Manager, Equity Interest Holder | 50.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

Debtor   FYE Sports Cards LLC
      Name

Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. David Fye<br>Name<br><br>2321 Brookcrest Ln<br>Street<br><br>Grapevine, TX 76051<br>City    State    ZIP Code | $89,298.52 | 2023 | Member Equity Withdrawals |

| Relationship to debtor |
|------------------------|
| Managing Member |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____04/10/2024____
       MM/ DD/ YYYY

**X** /s/ David Michael Fye          Printed name         David Michael Fye
Signature of individual signing on behalf of the debtor

Debtor    FYE Sports Cards LLC                        Case number *(if known)*
               Name

Position or relationship to debtor      Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____FYE Sports Cards LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Apple, Inc. One Apple Park Way Cupertino, CA 95014 | | | | | | $3,500.00 |
| 2 | Avant Attn: Bankruptcy PO Box 9183380 Chicago, IL 60691-3380 | | | | | | $447.76 |
| 3 | Capital One Attn: Bankruptcy PO Box 30285 Salt Lake City, UT 84130-0285 | | | | $205,000.00 | $58,561.84 | $146,438.16 |
| 4 | Capital One Attn: Bankruptcy PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | | $754.89 |
| 5 | Comenity Bank/Wayfair Attn: Bankruptcy Dept PO Box 182125 Columbus, OH 43218 | | | | | | $2,000.00 |
| 6 | Credit One Bank Attn: Bankruptcy Department PO Box 98873 Las Vegas, NV 89193-8873 | | | | | | $793.87 |
| 7 | Discover Po box 29013 Phoenix, AZ 85038 | | | | | | $15,988.00 |
| 8 | First National Bank of Omaha P.O. Box 3128 Omaha, NE 68103 | | | | | | $1,714.50 |

Debtor     FYE Sports Cards LLC
_____
           Name                                                          Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Nebraska Furniture Mart<br>5600 Nebraska Furniture Mart Dr.<br>The Colony, TX 75056 | | | | | | $7,000.00 |
| 10  Simply Funding<br>45 Broad St, #2450<br>New York, NY 10004 | | | | $37,190.00 | $58,561.84 | $37,190.00 |
| 11  Target<br>c/o Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440 | | | | | | $2,999.95 |
| 12  Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711 | | | | | | $4,000.00 |
| 13  U.S. Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | | | | | | $1,500,000.00 |
| 14  Uline<br>P.O.Box 88741<br>Chicago, IL 60680 | | | | | | $2,000.00 |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                          CHAPTER  **11**

**FYE Sports Cards LLC**

DEBTOR(S)                                                       CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **David Michael Fye** 2321 Brookcrest Ln. Grapevine, TX 76051 | Equity | 50% membership interest | Ownership |
| **Joanna Lynn Fye** 2321 Brookcrest Ln. Grapevine, TX 76051 | Equity | 50% membership interest | Ownership |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/10/2024**_____           Signature: /s/ David Michael Fye_____

                                                              *David Michael Fye, Managing Member*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **FYE Sports Cards LLC**                                             CASE NO

                                                                           CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____04/10/2024_____   Signature _____/s/ David Michael Fye_____
                                                                  David Michael Fye, Managing Member

Apple, Inc.
One Apple Park Way
Cupertino, CA 95014


Avant
Attn: Bankruptcy
PO Box 9183380
Chicago, IL 60691-3380


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Comenity Bank/Wayfair
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193-8873


David Michael Fye
2321 Brookcrest Ln
Grapevine, TX 76051-4677


Discover
Po box 29013
Phoenix, AZ 85038

D-UP Consulting, LLC
862 County Rd 3800
Athens, TX 75752

First Corporate Solutions
914 S St
Sacramento, CA 95811-7025

First National Bank of Omaha
P.O. Box 3128
Omaha, NE 68103

Nebraska Furniture Mart
5600 Nebraska Furniture Mart Dr.
The Colony, TX 75056

Simply Funding
45 Broad St, #2450
New York, NY 10004

SVAP III TC Colleyville, LLC
302 Datura St Ste 100
West Palm Bch, FL 33401-5481

Target
c/o Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
PO Box 12548
Austin, TX 78711

U.S. Small Business
Administration
P.O. Box 3918
Portland, OR 97208-3918


Uline
P.O.Box 88741
Chicago, IL 60680